IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| TIMOTHY WAYNE DENNIE, #1099672 | § | |
| VS. | § | CIVIL ACTION NO. 6:07cv285 |
| BETO ONE UNIT | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love.  The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts same as the findings and conclusions of the Court.  It is therefore

**ORDERED** that the motion to dismiss (docket entry #11) is **GRANTED**.  It is further

**ORDERED** that the complaint is **DISMISSED** without prejudice.  Fed. R. Civ. P. 41(a)(1). All motions not previously ruled on are **DENIED**.

**So ORDERED and SIGNED this 26th day of September, 2007.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**